UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**SOUTHERN BANK AND TRUST COMPANY,**

    **Plaintiff/Judgement Creditor,**

v.                                                  Action No. 2:14cv585

**BRETT B. THOMPSON,**

    **Defendant/Judgment Debtor,**

**TOWNE BANK,**

    **Garnishee.**

## ORDER

On February 10, 2022, the court reconvened, by remote proceedings, the Garnishment Summons hearing previously commenced on January 10, 2022. The parties appeared by counsel and advised the court that they had reached an agreement as to the disbursement of funds currently being held by the Court. Accordingly, pursuant to the parties' agreement, the court ORDERS as follows:

1.    The Clerk shall mail the check representing the Garnishment Funds received from Towne Bank in the amount of $10,814.84 directly to counsel for Southern Bank and Trust Company, Robert G. Menna, Feldman & Associates, PC, 451 Hungerford Drive, Suite 210, Rockville, Maryland, 20850;

2.    Counsel Southern Bank and Trust Company shall retain $4,822.06 of the Garnishment Funds as funds of the Judgement Debtor resulting from this garnishment action and disburse the remaining balance of $5,992.78 to counsel for the Judgment Debtor, William Greer McCreedy, II, The McCreedy Law Group, PLLC, 413 West York Street, Norfolk, Virginia, 23510;

3. Counsel for the Judgment Debtor shall disburse the $5,992.78 balance of the Garnishment Funds to the joint accountholders as their interests appear.

No further matters remaining to be resolved, it is FURTHER ORDERED that these Garnishment proceedings are hereby DISMISSED.

IT IS SO ORDERED.

/s/
Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

February 10, 2022